UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00121-FDW
[BR Adversary Proceeding Case No. 17-03066]

| | |
|---|---|
| R. KEITH JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | NOTICE |
| JUSTICE HARRISON CAMPBELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TAKE NOTICE that Docket Call for this Case is scheduled for Tuesday, May 1, 2018 at 9:00 AM in Courtroom #1-1 of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, N.C. 28202. Jury selection shall proceed docket call on May 1, 2018 or May 2, 2018. Counsel should be prepared to proceed to trial at the first available mixed term of court commencing after docket call.[1] The Deputy Clerk shall serve by mail a copy of the instant Notice on Defendant, who appears pro se, and Plaintiff shall also notify Defendant of this Notice.

IT IS SO ORDERED.

Signed: April 24, 2018

Frank D. Whitney
Chief United States District Judge

---

[1] The Court further reminds that parties that whenever a civil action scheduled for a jury trial is settled or otherwise disposed of in advance of the actual trial, the Court may assess all jurors' costs (including Marshal's fees, mileage reimbursement, and per diem fees) equally against the parties or otherwise may determine appropriate assessments, unless the Clerk's office is notified at least one (1) full business day prior to the date on which the action is scheduled for trial or the parties establish good cause why the Court should not assess jury costs against them. (Doc. No. 2).