UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00121-FDW
[BR Adversary Proceeding Case No. 17-03066]

| | |
|---|---|
| R. KEITH JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| JUSTICE HARRISON CAMPBELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court to memorialize that the trial for above-captioned case is CONTINUED for thirty (30) days for the reasons stated at the pretrial conference on April 30, 2018 and the Court REFERS and RETURNS the case to the Bankruptcy Court for approval of a finalized settlement agreement and for administration of the settlement agreement. Recognizing a continuance for more than thirty (30) days may be necessary, the Court ORDERS Plaintiff to file a notice on or before May 31, 2018 informing the Court of the status of the proceedings in the Bankruptcy Court.

The Deputy Clerk shall forward a copy of the instant Order to the U.S. Bankruptcy Court for the Western District of North Carolina, specifically the Honorable J. Craig Whitley, U.S. Bankruptcy Judge. The Deputy Clerk shall also serve by mail a copy of the instant Order on Defendant. The Court further requests the Clerk for the Bankruptcy Court file a copy of this Order in the case of Marolyn Teresa Collins (Case No. 16-31806) and the Adversary Proceeding for this case (Case No. 17-03066).

IT IS SO ORDERED.

Signed: April 30, 2018

Frank D. Whitney
Chief United States District Judge