UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00121-FDW
[BR Adversary Proceeding Case No. 17-03066]

| | |
|---|---|
| R. KEITH JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| JUSTICE HARRISON CAMPBELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on Plaintiff's "Second Report of Status" (Doc. No. 11) filed on June 25, 2018. It appearing that Defendant has tendered the amount due pursuant to the settlement approved by the bankruptcy court, the Court CONTINUES the case through and including July 9, 2018 for R. Keith Johnson, as Trustee in the bankruptcy case and Plaintiff in the adversary proceeding, to take appropriate action to dismiss the adversary proceeding as docketed in the bankruptcy court as 17-3066 and this Court as 3:18-cv-00121. (See Doc. No. 11).

The Deputy Clerk shall forward a copy of the instant Order to the U.S. Bankruptcy Court for the Western District of North Carolina, specifically the Honorable J. Craig Whitley, U.S. Bankruptcy Judge. The Deputy Clerk shall also serve by mail a copy of the instant Order on Defendant. The Court further requests the Clerk for the Bankruptcy Court file a copy of this Order in the case of Marolyn Teresa Collins (Case No. 16-31806) and the Adversary Proceeding for this case (Case No. 17-03066).

IT IS SO ORDERED.

Signed: July 3, 2018

Frank D. Whitney
Chief United States District Judge